UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CRYSTAL G. CAMPBELL,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:16-CV-400-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 30]. Plaintiff's motion for judgment on the pleadings [D.E. 23] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 27] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on February 1, 2018, and Copies To:**
Jonathan P. Miller                                            (via CM/ECF electronic notification)
Leah F. Golshani                                             (via CM/ECF electronic notification)

DATE:                                               PETER A. MOORE, JR., CLERK
February 1, 2018                            (By) /s/ Nicole Briggeman
                                                         Deputy Clerk